**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-6598**

---

CLARENCE EPPS, JR.,

                                        Plaintiff - Appellant,

        versus

VIRGINIA DEPARTMENT OF CORRECTIONS; PROBATION
AND PAROLE; CHESAPEAKE CIRCUIT COURT,

                                        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T. S. Ellis, III, District
Judge.  (1:06-cv-00274-TSE)

---

Submitted:  December 13, 2006        Decided:  December 27, 2006

---

Before WILKINSON, TRAXLER, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Clarence Epps, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Epps, Jr., appeals the district court's order denying relief in this 42 U.S.C. § 1983 (2000) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Epps v. Virginia Dept. of Corr., No. 1:06-cv-00274-TSE (E.D. Va. Mar. 21, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED